```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :      CRIMINAL ACTION
                              :      NO. 10-427-4
        v.                    :
                              :      CIVIL ACTION
ROBERT SNYDER                 :      NO. 12-2594

                           -----

UNITED STATES OF AMERICA      :      CRIMINAL ACTION
                              :      NO. 10-427-5
        v.                    :
                              :      CIVIL ACTION
CHRISTAL SNYDER               :      NO. 12-2593
```

## ORDER

AND NOW, this 7th day of August, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motions of defendants Robert Snyder and Christal Snyder under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (Doc. ## 365 and 363) are DENIED; and

(2) no certificate of appealability is issued.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.